UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>FREAKLING BROS., INC., et al.,<br><br>Defendants | Case No.: 2:23-cv-00968-APG-VCCF<br><br>**Order (1) to Show Cause Why This Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction and (2) Striking Certificate of Interested Parties** |

Plaintiff Covington Specialty Insurance Company filed this lawsuit in this court based on diversity jurisdiction. However, Covington's allegations about its own citizenship do not make sense. Covington alleges that it is incorporated in New Hampshire with its principal place of business in Georgia, but then it states that it is a citizen of Connecticut and Delaware. ECF No. 1 at 3. Additionally, Covington does not allege the citizenship of the members of defendant Grand Flamingo Capital Management, LLC. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). As the party seeking to invoke this court's jurisdiction, Covington bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015).

Additionally, Covington's certificate of interested parties (ECF No. 5) does not comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Covington as required by the recent amendment to that rule. I therefore strike it and order Covington to file a corrected version.

I THEREFORE ORDER that by July 21, 2023, plaintiff Covington Specialty Insurance

Company shall show cause in writing why this action should not be dismissed for lack of subject matter jurisdiction. If Covington does not file a response to this order by that date, the case will be dismissed for lack of subject matter jurisdiction.

      I FURTHER ORDER that plaintiff Covington Specialty Insurance Company's certificate of interested parties (ECF No. 5) is STRICKEN. Covington must file a proper certificate of interested parties by July 14, 2023.

      DATED this 3rd day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE