UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>FREAKLING BROS., INC., et al.,<br><br>    Defendants | Case No.: 2:23-cv-00968-APG-VCCF<br><br>**Order** |

Plaintiff Covington Specialty Insurance Company filed this lawsuit in this court based on diversity jurisdiction.  However, Covington's allegations about its own citizenship did not make sense and Covington did not allege the citizenship of the members of defendant Grand Flamingo Capital Management, LLC.  In response, Covington has voluntarily dismissed Grand Flamingo and seeks to file an amended complaint that clarifies its own citizenship. ECF No. 11.  Under Federal Rule of Civil Procedure 15(a)(1)(A), a "party may amend its pleading once as a matter of course within . . . 21 days after serving it."  Covington has not previously amended its complaint and it has been less than 21 days from service.  Covington therefore does not need leave of the court to file an amended complaint.

I THEREFORE ORDER that the order to show cause (ECF No. 8) is satisfied and I will not dismiss this case for lack of subject matter jurisdiction.

I FURTHER ORDER that plaintiff Covington Specialty Insurance Company may detach and file separately its amended complaint at ECF No. 11-1.

DATED this 17th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE