**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Nancy J.W. Brown
Nevada Bar No. 4484
n.brown@musickpeeler.com

Attorneys for Plaintiff
COVINGTON SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation,, <br><br>          Plaintiff, <br><br>     vs. <br><br> FREAKLING BROS. INC., a Nevada Corporation; GRAND FLAMINGO CAPITAL MANAGEMENT, LLC., a Nevada Limited Liability Company; JA KENNEDY REAL ESTATE COMPANY, a Nevada Corporation;, <br><br>          Defendant. | Case No. 2:23-cv-00968-APG-VCF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** <br><br> **FIRST REQUEST** |

Plaintiff Covington Specialty Insurance Company ("Covington") and Defendants Freakling Bros. Inc., ("Freakling") and JA Kennedy Real Estate Company,("JA Kennedy") by and through their undersigned counsel, all hereby stipulate and agree, in accordance with LR IA 6-1 that all Defendants may have an extension of time through September 1, 2023, to respond to Plaintiff's Amended Complaint.  This is an extension of 15 days for Freakling and 18 days for JA Kennedy. The reason for the extension it to allow Defendants' counsel sufficient time to become familiar with this matter.

**MUSICK, PEELER
& GARRETT LLP**

2196052.1                                          1

1   Dated this 11 day of August, 2023

2   It is so stipulated:

3

4   MUSIC PEELER & GARRETT LLP          WRIGHT, FINLAY & ZAK

5   /s/ Nancy J.W. Brown                /s/ Darren T. Brenner

6   Nancy J.W. Brown, Esq. (No. 4484)   Darren T. Brenner, Esq.
    624 S. Grand Avenue, Suite 2000      (No. 8386)
7   Los Angeles, CA 90293               7785 W. Sahara Ave., Suite 200
                                        Las Vegas, NV 89117
8   *Attorneys for Plaintiff*
    *Covington Specialty Insurance Company*   *Attorneys for Defendant*
9                                       *Freakling Bros, Inc.*

10

11  GARMAN | TURNER | GORDON

12  *s/Eric R Olsen*

13  Eric R. Olsen, Esq. (No. 3127)
    7251 Amigo Street, Suite 210
14  Las Vegas, NV 89119

15  *Attorneys for Defendant*
    *JA Kennedy Real Estate Inc.*
16

17                                  **IT IS SO ORDERED.**

18

19

20  _____
    CAM FERENBACH
21  UNITED STATES MAGISTRATE JUDGE

22  DATED: _____8-14-2023_____

23

24

25

26

27

28

**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Nancy J.W. Brown
Nevada Bar No. 4484
n.brown@musickpeeler.com

Attorneys for Plaintiff
COVINGTON SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> FREAKLING BROS. INC., a Nevada Corporation; GRAND FLAMINGO CAPITAL MANAGEMENT, LLC., a Nevada Limited Liability Company; JA KENNEDY REAL ESTATE COMPANY, a Nevada Corporation;, <br><br> Defendant. | Case No. 2:23-cv-00968-APG-VCF <br><br> **PROOF OF SERVICE** |

MUSICK, PEELER
& GARRETT LLP

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is One Wilshire Building, 624 South Grand Avenue, Suite 2000, Los Angeles, CA 90017-3383.

4

5

On August 11, 2023, I served true copies of the following document(s) described as **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** on the interested parties in this action as follows:

6

7

### **SEE ATTACHED SERVICE LIST**

8

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

9

10

11

☒   **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Musick, Peeler & Garrett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

12

13

14

15

☒   **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

16

17

Executed on August 11, 2023, at Los Angeles, California.

18

19

20
_____
*/s/ Eric S. Sams*
Eric S. Sams

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

# SERVICE LIST

### *Covington Specialty Insurance Company v. Freakling Bros. Inc.*
**United States District Court Case No.: 2:23-cv-00968-APG-VCF**

### *VIA U.S. MAIL*

| | |
|---|---|
| Eric R Olsen<br>GARMAN \| TURNER \| GORDON<br>7251 AMIGO STREET, SUITE 210<br>LAS VEGAS, NV 89119 | Attorneys for Defendant JA Kennedy Real Estate Inc. |

### *VIA U.S. MAIL*

| | |
|---|---|
| Darren T. Brenner, Esq.<br>Wright, Finlay & Zak<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 | Attorneys for Defendant<br>Freakling Bros, Inc. |

MUSICK, PEELER
& GARRETT LLP