# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY,<br><br>　　　Plaintiff<br><br>v.<br><br>FREAKLING BROS. INC., et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-00968-APG-VCF<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant JA Kennedy Real Estate Company's certificate of interested parties (ECF No. 21) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant JA Kennedy Real Estate Company as required by the amendment to that rule.

I FURTHER ORDER defendant JA Kennedy Real Estate Company to file a proper certificate of interested parties by September 15, 2023.

DATED this 6th day of September, 2023.

　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE