UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| COVINGTON SPECIALTY INSURANCE COMPANY, | Case No.: 2:23-cv-00968-APG-VCF |
|---|---|
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| FREAKLING BROS. INC., et al., | |
| Defendants | |

I ORDER that defendant JA Kennedy Real Estate Company's certificate of interested parties (ECF No. 24) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant JA Kennedy Real Estate Company as required by the amendment to that rule.

I FURTHER ORDER defendant JA Kennedy Real Estate Company to file a proper certificate of interested parties by September 22, 2023.

DATED this 18th day of September, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE