Gena L. Sluga, SBN 9910
Tyler J. Watson SBN 11735
Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
gsluga@cdslawfirm.com
tjwatson@ksjattorneys.com

Nancy J.W. Brown, Esq., SBN 4484
Musick, Peeler & Garrett LLP
333 South Hope St. Suite 2900
Los Angeles, CA 90071
n.brown@musickpeeler.com
*Attorneys for Plaintiff*
*COVINGTON SPECIALTY INSURANCE*
*COMPANY*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> FREAKLING BROS. INC., a Nevada Corporation; GRAND FLAMINGO CAPITAL MANAGEMENT, LLC., a Nevada Limited Liability Company; JA KENNEDY REAL ESTATE COMPANY, a Nevada Corporation;, <br><br> Defendant. | Case No. 2:23-cv-00968-APG-VCF <br><br> **DISCOVERY PLAN AND SCHEDULING ORDER** <br><br> [Submitted in Compliance with LR 26-1(b)] |

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on September 20, 2023.  The parties will exchange initial disclosures 14 days after this meeting, or on October 4, 2023.  The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1.      Discovery Cut-Off Date.  The first defendant answered or otherwise appeared on September 1, 2023.  The discovery cut-off date is March 1, 2024.[1]

---

[1] Defendant Freakling Bros. Inc. reserves the right to move to stay discovery and scheduling order deadlines pending the outcome of its Motion to Dismiss [ECF No. 23]. Covington submits that the motion to dismiss lacks merit and that there is no basis for a discovery stay. The parties intend to meet and confer further. If the parties are unable to come to a consensus, Freakling Bros. Inc.

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

2.     Amending the Pleadings and Adding Parties.  The deadline to amend the pleadings and add parties is December 1, 2023.

3.     Expert and Rebuttal-Expert Disclosures.  The deadline to disclose experts is January 9, 2024.  The deadline to disclose rebuttal experts is February 9, 2024

4.     Dispositive Motions.  The deadline to file dispositive motions is April 1, 2024.

5.     Pretrial Order.  The deadline to file a pretrial order is May 1, 2024.

6.     Fed. R. Civ. P. 26(a)(3).  The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7.     Alternative Dispute Resolution.  The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8.     Alternative Forms of Case Disposition.  The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).  The parties agreed that they would not consent to trial by a magistrate judge.

9.     Electronic Evidence.  The parties certify that they discussed issues pertaining to electronic evidence in the course of discovery, and agreed to further discuss whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

. . .

. . .

. . .

. . .

reserves the right to file a Motion to Stay discovery at that time.

CHRISTIAN, KRAVITZ, DICHTER,
JOHNSON & SLUGA, LLC
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

1

2          10.      Discovery disputes:  The parties agree that before moving for an order relating to

3    discovery, the movant must request a conference with the assigned magistrate judge.

4          Dated this 4th day of October, 2023

5                                                        IT IS SO STIPULATED.

6    **CHRISTIAN,    KRAVITZ,    DICHTER,**    **WRIGHT, FINLAY & ZAK**
     **JOHNSON & SLUGA, LLC**

7    */s/ Tyler J. Watson, Esq.*                        */s/ Darren T. Brenner*
     Gena L. Sluga, SBN 9910                            Darren T. Brenner, Esq.

8    Tyler J. Watson SBN 11735                           (No. 8386)
     8985 Eastern Avenue, Suite 200                     7785 W. Sahara Ave., Suite 200

9    Las Vegas, Nevada 89123                            Las Vegas, NV 89117
     gsluga@cdslawfirm.com                              *Attorneys for Defendant*

10   tjwatson@ksjattorneys.com                          *Freakling Bros, Inc.*

11   Nancy J.W. Brown, Esq., SBN 4484
     Musick, Peeler & Garrett LLP

12   333 South Hope St. Suite 2900
     Los Angeles, CA 90071

13   n.brown@musickpeeler.com
     *Attorneys for Plaintiff*

14   *Covington Specialty Insurance Company*

15

16   **GARMAN | TURNER | GORDON**

17   */s/ Eric R. Olsen*
     Eric R. Olsen, Esq. (No. 3127)

18   7251 Amigo Street, Suite 210
     Las Vegas, NV 89119

19   *Attorneys for Defendant*
     *JA Kennedy Real Estate Inc.*

20

21                                                      **IT IS SO ORDERED.**

22

23

24                                                      _____
                                                        UNITED STATES MAGISTRATE JUDGE

25                                                                   10-4-2023
                                                        DATED: _____

26

27

28