WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendant, Freakling Bros., Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, a New Hampshire Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FREAKLING BROS. INC., a Nevada Corporation; GRAND FLAMINGO CAPITAL MANAGEMENT, LLC., a Nevada Limited Liability Company; JA KENNEDY REAL ESTATE COMPANY, a Nevada Corporation,<br><br>Defendants. | Case No.: 2:23-cv-00968-APG-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO COVINGTON SPECIALITY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT [ECF 37]**<br><br>**(Second Request)** |

Defendants, Freakling Bros., Inc. ("Freakling Bros.") and JA Kennedy Real Estate Company ("JA Kennedy," and with Freakling Bros., "Defendants"), and Plaintiff, Covington Specialty Insurance Company ("Covington" and with Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 7, 2023, Covington filed its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment [ECF No. 37] (the "Motion");

2. On December 22, 2023, the Parties stipulated to extend Defendants' deadline to respond to the Motion from December 28, 2023, to January 5, 2024 [ECF No. 40];

3. Defendants have requested an additional three business days to January 10, 2024 to file their Oppositions to the Motion;

4. Under LR 7-2(b), Covington's reply will be due 14 days later on January 24, 2024;

5. Counsel for Covington does not oppose the requested extension; and

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 5th day of January, 2024.

| WRIGHT, FINLAY & ZAK, LLP | MUSICK, PEELER & GARRETT LLP |
|---|---|
| /s/ Darren T. Brenner | /s/ Nancy J.W. Brown |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Stephanie Garabedian, Esq.<br>Nevada Bar No. 9612<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Freakling Bros., Inc.* | Nancy J.W. Brown, Esq.<br>Nevada Bar No. 4484<br>333 S. Hope Street, Suite 2900<br>Los Angeles, CA 90071<br><br>CHRISTIAN, KRAVITZ, DICHTER, JOHNSON & SLUGA, LLC |
| GARMAN \| TURNER \| GORDON | Tyler J. Watson, Esq.<br>Nevada Bar No. 11735<br>8985 Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123 |
| /s/ Eric R. Olsen | |
| Eric R. Olsen, Esq.<br>Nevada Bar No. No. 3127<br>7251 Amigo Street, Suite 210<br>Las Vegas, NV 89119<br>*Attorneys for Defendant, JA Kennedy Real Estate Inc.* | *Attorneys for Plaintiff, Covington Specialty Insurance Company* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 8, 2024