# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>FREAKLING BROS. INC., et al.,<br><br>　　　　Defendants | Case No.: 2:23-cv-00968-APG-MDC<br><br>**Order for Status Report** |

It appears from the state court docket that the underlying state court case, *O'Connell v. Freakling Bros. Inc., et al.*, A-19-804320-C, may have settled.

I THEREFORE ORDER the parties to confer and file a status report by April 19, 2024 regarding whether the underlying case has been fully settled, and, if so, whether that settlement resolves or narrows the issues remaining in this case. If the parties cannot agree on what, if anything, remains of this case, they shall briefly set forth their competing positions in the joint status report.

DATED this 28th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE