# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

COVINGTON SPECIALTY INSURANCE COMPANY,

    Plaintiff

v.

FREAKLING BROS. INC., et al.,

    Defendants

Case No.: 2:23-cv-00968-APG-VCF

**Order Denying Pending Motions as Moot**

[ECF Nos. 23, 37, 48]

In light of the parties' notice of settlement (ECF No. 57),

I ORDER that the pending motions **(ECF Nos. 23, 37, 48) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

DATED this 3rd day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE