1  Nancy J.W. Brown, Esq., SBN 4484
   MUSICK, PEELER & GARRETT LLP
2  333 South Hope Street, Suite 2900
   Los Angeles, California 90071-1406
3  n.brown@musickpeeler.com

4  Gena L. Sluga, SBN 9910
   Tyler J. Watson SBN 11735
5  CHRISTIAN, JOHNSON, SLUGA & MUSHMECHE, LLC
   8985 Eastern Avenue, Suite 200
6  Las Vegas, Nevada 89123
   gsluga@cdslawfirm.com
7  tjwatson@ksjattorneys.com
   Attorneys for Plaintiff
8  COVINGTON SPECIALTY INSURANCE COMPANY

9

10                **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF NEVADA**

12

13  COVINGTON SPECIALTY INSURANCE          Case No. 2:23-cv-00968-APG-VCF
    COMPANY, a New Hampshire Corporation,,
14
              Plaintiff,                   **JOINT STIPULATION OF DISMISSAL**
15
          vs.
16
    FREAKLING BROS. INC., a Nevada
17  Corporation; GRAND FLAMINGO
    CAPITAL MANAGEMENT, LLC., a Nevada
18  Limited Liability Company; JA KENNEDY
    REAL ESTATE COMPANY, a Nevada
19  Corporation;,
20              Defendant.
21
22          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Covington Specialty
23  Insurance Company and Defendants Freakling Bros. Inc., JA Kennedy Real Estate Company Inc.,
24  and Grand Flamingo Capital Management, LLC, collectively and through their counsel of record,
25  hereby stipulate to dismiss this action with prejudice, and with each party to bear its own fees and
    . . .
26
27
28  . . .

MUSICK, PEELER
& GARRETT LLP

2553481.1                                        Case No. 2:23-cv-00968-APG-VCF

1    costs incurred in this action.

2           DATED this 19th day of August, 2024.

3

4    CHRISTIAN, JOHNSON, SLUGA &          GARMAN | TURNER | GORDON
     MUSHMECHE, LLC

5           */s/ Tyler J. Watson, Esq.*              */s/ Eric R. Olsen, Esq.*
6    Gena L. Sluga, SBN 9910                 Eric R. Olsen, Esq.  SBN 3127
     Tyler J. Watson SBN 11735               7251 Amigo Street, Suite 210
7    8985 Eastern Avenue, Suite 200          Las Vegas, NV  89119
     Las Vegas, Nevada  89123                eolson@Gtg.legal
8    gsluga@cdslawfirm.com                   *Attorneys for Defendant*
     tjwatson@ksjattorneys.com               *JA Kennedy Real Estate Inc*
9

10   MUSICK, PEELER & GARRETT LLP           WRIGHT, FINLAY & ZAK

11          */s/ Nancy J. W. Brown, Esq.*            */s/ Stephanie Garabedian, Esq.*
12   Nancy J.W. Brown, Esq., SBN 4484        Stephanie Garabedian, Esq. SBN 9612
     333 South Hope St. Suite 2900           7785 W. Sahara Ave., Suite 200
13   Los Angeles, CA  90071                  Las Vegas, NV  89117
     n.brown@musickpeeler.com                sgarabedian@wrightlegal.net
14   *Attorneys for Plaintiff*               *Attorneys for Defendant*
     *Covington Specialty Insurance Company* *Freakling Bros, Inc.*
15

16

17          **IT IS SO ORDERED.**

18

19                                           _____
                                             **ANDREW P. GORDON**
20                                           **U.S. DISTRICT COURT JUDGE**

21                                           DATED: August 20, 2024

22

23

24

25

26

27

28